UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KIPP RON GIBBS,

     Plaintiff,

  v.

UNITED STATES OF AMERICA, in reference to the USPS, NASA, et al.,

     Defendants.

No. CV-12-0074-EFS

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND CLOSING FILE**

Before the Court is Magistrate Judge Cynthia Imbrogno's Report and Recommendation, ECF No. 3, recommending closure of this file because Plaintiff Kipp Gibbs failed to comply with the Court's January 30, 2012 directive that he either pay the filing fee or submit a completed Application to Proceed In Forma Pauperis, ECF No. 2. No objection to the Report and Recommendation was filed.

Having reviewed the Report and Recommendation and the record, **IT IS HEREBY ORDERED**:

    1.   The Report and Recommendation, **ECF No. 3**, is **ADOPTED**.

    2.   This file shall be **CLOSED**.

**IT IS SO ORDERED**. The Clerk's Office shall enter this Order and forward a copy to Mr. Gibbs and the Magistrate Judge.

**DATED** this 19th day of April 2012.

                             s/Edward F. Shea
                              EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2012\0074.adopt.RR.lc1.wpd

ORDER - 1